[No. 17275-5-II. Division Two. November 20, 1995.]

JOHN L. SIEMENS, ET AL., *Respondents*, v. LESLIE EVANS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-2-00193-9, James Maddock, J., entered June 1, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Wiggins and Fleisher, JJ.

[No. 17684-0-II. Division Two. November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KONG LILIKO LEFEAU, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-00409-7, Frederick B. Hayes, J., entered October 19, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Bridgewater and Wiggins, JJ.

[No. 17841-9-II. Division Two. November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS ROMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-01005-4, Frederick W. Fleming, J., entered December 13, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Bridgewater and Fleisher, JJ.

[No. 31926-4-I. Division One. November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL AMON MOSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03258-5, Joan DuBuque, J., entered December 8, 1992. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker and Cox, JJ.